

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Rudolfo B. Hughes,

Vs. No. 11-20-00046-CV

CJM Resources, LP and
CJM Oil & Gas, Inc.,

* From the 238th District Court
of Midland County,
Trial Court No. CV55852

* January 27, 2022

* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the trial court's order granting the plea to the jurisdiction. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Rudolfo B. Hughes.